A098A (9/01)



FILED
APR 25 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            CASE Number: 1:12-mj-00092 GSA

      Plaintiff,

    vs.                                APPEARANCE and COMPLIANCE BOND

Jenny Nguyen                         *Cash bond to be posted within 5
                                     business days from today's date
      Defendant.                   4/25/2012

    Non-surety: I, the undersigned defendant, acknowledge that I and my ...
    Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
Personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 10,000 _____, and there has been deposited in the Registry of the Court the sum of $ -0- in cash or
N/A
(describe other security.)

    The conditions of this are that the defendant, __Jenny Nguyen__
                                                              (Name)

is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of condition of defendant's release as may be ordered to notified by this court or any United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or directions in connection with such judgment.

    It is agreed and understood that this is a continuing bond (including any proceeding or appeal or review) which shall continue until such time as the undersigned are exonerated.

    If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __4-25-2012__ at __U.S. District Court, ED of California__
                            Date                                   Place

Defendant: _____          City/State _____

Surety: _____          City/State __FRESNO   CA__

Surety: _____          City/State _____

Signed and acknowledged before me on __4-25-2012__
                                                     Date

Approved: _____          _____
                                                       Judicial Officer/Clerk

Judicial Officer

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at __FRESNO       CA__ ;
City/State

and that my net worth is the sum of __TEN THOUSAND__ dollars

( $ __10,000__ ).

I further state that

CASH

_____
Surety

_____
Surety

Sworn to before me and subscribed in my presence on __4-25-2012__
Date

at U.S. District Court, __2500 Tulare Street, Fresno, CA 93721__
Place

__A. Bradley__, Deputy Clerk         _____
Name and Title                        Signature of Judicial Officer/Clerk

---

I, the undersigned surety, say that I reside at _____ ;
City/State

and that my net worth is the sum of _____ dollars

( $ _____ ).

I further state that

_____
Surety

_____
Surety

Sworn to before me and subscribed in my presence on _____
Date

at U.S. District Court, _____
Place

_____, Deputy Clerk         _____
Name and Title                        Signature of Judicial Officer/Clerk

Justification Approved: _____
Judicial Officer