BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12-CR-00130-AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO SET CHANGE OF PLEA HEARING AND PROPOSED ORDER |
| v. | ) ) | |
| JENNY THANH NGUYEN, | ) ) | Trial Date: January 22, 2013 |
| Defendant. | ) ) ) | Time: 10:00 a.m. Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that a Change of Plea hearing be scheduled for Tuesday, January 22, 2013, at 10:00 a.m.  A Memorandum of Plea Agreement was filed on January 10, 2013.

////

////

////

////

////

Stipulation Scheduling Change of Plea Hearing; Proposed Order

IT IS SO STIPULATED.

Dated: January 10, 2013          BENJAMIN B. WAGNER
                                 United States Attorney

                             By: /s/ Christopher D. Baker
                                 CHRISTOPHER D. BAKER
                                 Assistant U.S. Attorney

Dated: January 12, 2013          /s/ Robert D. Wilkinson
                                 ROBERT D. WILKINSON
                                 Attorney for Defendant
                                 JENNY THANH NGUYEN

## O R D E R

**IT IS HEREBY ORDERED** that the Change of Plea hearing be scheduled for January 22, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 11, 2013

                                 UNITED STATES DISTRICT JUDGE