Robert D. Wilkinson          #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for   JENNY THANH NGUYEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JENNY THANH NGUYEN,<br><br>        Defendant. | CASE No. 1:12-cr-00130-AWI-DLB<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING (Local Rule 143)**<br><br>Judge:  Hon. Anthony W. Ishii<br>Date:   April 8, 2013<br>Time:  10:00 a.m.<br>Crtrm.: 2 |

      WHEREAS pursuant to the Plea Agreement in this matter Defendant Jenny Nguyen may move for a downward departure in sentencing based on United States Sentencing Guidelines §§ 5K2.13 (diminished capacity), 5H1.2 (education and vocational skills) and 5H1.3 (mental and emotional conditions); and,

      WHEREAS the parties dispute whether Ms. Nguyen should be given a downward departure on the above stated grounds; and

      WHEREAS the parties have retained experts who authored reports that are attached to the Presentence Investigation Report (PSR); and

      WHEREAS Ms. Nguyen and her counsel need additional time to obtain  additional evidence necessary to support her contention that she is eligible for such a departure, and the

1  government will require sufficient time to review and respond to any such additional evidence;

2          The parties hereto, by and through authorized counsel, HEREBY STIPULATE that

3  the sentencing hearing currently scheduled in this matter for April 8, 2013 at 10:00 a.m. in

4  Courtroom 2 may be continued to June 3, 2013, at 1:30 p.m. in Courtroom 2, or to a date and time

5  thereafter convenient to the Court.  The parties stipulate that formal objections and sentencing

6  memorandums shall be filed with the Court one week before the new sentencing date.

7

8  DATED:  April 1, 2013                                BENJAMIN B. WAGNER
                                                                      United States Attorney

9

10                                                    By:  /s/ Christopher D. Baker
                                                        Christopher D. Baker

11                                                         Assistant U.S. Attorney
                                                        Attorneys for Plaintiff

12

13 DATED:  April 1, 2013                                BAKER MANOCK & JENSEN, PC

14

15                                                  By:  Robert D. Wilkinson
                                                   Robert D. Wilkinson

16                                                    Attorneys for Defendant JENNY NGUYEN

17

18

19

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing in this matter shall be continued from April 8, 2013, at 10:00 a.m. to June 3, 2013 at 1:30 p.m. in Courtroom 2, and that formal objections and sentencing memorandums shall be filed with the Court one week before that date.

IT IS SO ORDERED.

Dated:   April 2, 2013                                       _____
                                                             SENIOR DISTRICT JUDGE